**REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | Criminal Action No. 08- 59 |
| THOMAS S. PENDLETON, ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

From on or about January 28, 2008, to on or about March 10, 2008, in the State and District of Delaware and elsewhere, THOMAS S. PENDLETON, defendant herein, a person required to register under Sex Offender Registration and Notification Act, Title 42, United States Code, Section 16901 et seq. ("SORNA"), having traveled in interstate and foreign commerce subsequent to his conviction for a sex offense, to wit, a conviction on or about September 30, 1992, in the state of New Jersey, and a conviction on or about October 16, 2006, in District Court of Kempten, Germany, did knowingly fail to register and update a registration as required by SORNA, in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:


COLM F. CONNOLLY
United States Attorney

BY: _____
Hana H. Eisenstein
Assistant United States Attorney


Dated: April 10, 2008