IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-59-GMS |
| | : | |
| THOMAS S. PENDLETON, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT'S SUPPLEMENTAL CERTIFICATION
UNDER LOCAL CRIMINAL RULE 5(d)(2)

AND NOW comes the defendant, Thomas Pendleton, by his attorney Eleni Kousoulis of the Federal Public Defender's Office, and files this Supplemental Certification Under Local Criminal Rule 5(d)(2).

1. Defendant has been charged with one count of failing to register as a sex offender, in violation of 18 U.S.C. § 2250(a).

2. On May 1, 2008, defendant filed five pretrial motions:

    (a) a motion for bill of particulars;

    (b) a motion for discovery of defendant's oral statements;

    (c) a motion for summary of expert testimony regarding sex offender registration laws;

    (d) a motion for discovery of defendant's inquiries regarding his duty to register as a sex offender; and

    (e) a motion for discovery of notice rules prescribed by the Attorney General under 42 U.S.C. § 16917(b).

3. The defense is satisfied with the government's representation that it will voluntarily provide discovery in response to motion (b) (statements) and motion (d) (inquiries by defendant).

4. In addition, defendant believes that discovery motion (e), regarding notice rules prescribed by the Attorney General, has become moot:

    (a) On April 23, 2008, an opinion was issued in United States v. Craft, 4:07-CR-3168, 2008 WL 1882904 (D. Neb., Apr. 23, 2008) (Urbom, S.J.);

    (b) In that opinion, the Court found that the Attorney General had not prescribed rules for the notification of sex offenders under 42 U.S.C. § 16917(b);

    (c) In light of this finding, defendant no longer seeks to compel the government to disclose rules prescribed by the Attorney General under 42 U.S.C. § 16917(b).

5. There are two issues which remain to be decided by the District Court.

6. The first issue is whether the Court should grant defendant's motion for bill of particulars under Criminal Rule 7(f).

7. The second issue is whether District Court should grant defendant's motion for a summary of expert testimony under Criminal Rule 16(a)(1)(G).

8. The prosecutor in this case, AUSA Ilana H. Eisenstein, is currently engaged in a jury trial.

9. Ms. Eisenstein has informed defense counsel that after her trial is completed, the government will file a written response to any outstanding defense motions.

10. Defense counsel requests an opportunity to submit a reply brief within three working days after the government's filing.

                                                  Respectfully submitted,

                                                  /s/ *Eleni Kousoulis*
                                                  Eleni Kousoulis, Esquire
                                                  Assistant Federal Public Defender
                                                  One Customs House
                                                  704 King Street, Suite 110
                                                  Wilmington, DE  19801
                                                  (302) 573-6010
                                                  ecf_de@msn.com

                                                  Attorney for Defendant Thomas S. Pendleton

Date:  May 20, 2008