IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Criminal Action No. 08-59-GMS |
| v. | : | |
| | : | |
| THOMAS S. PENDLETON, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT PENDLETON'S MOTION FOR BRIEFING SCHEDULE

AND NOW comes the defendant, Thomas Pendleton, by his attorney Eleni Kousoulis of the Federal Public Defenders Office, and files this Motion for Briefing Schedule.

1. On May 1, 2008, Defendant filed a Motion for Bill of Particulars and a Motion for Summary of Expert Testimony.

2. The government opposes both motions.

3. Undersigned counsel believes that with briefing, these motions can be decided without the necessity of a hearing.

4. The filing of briefs is discretionary with the District Court. See Local Criminal Rule 5(d)(4) & (5).

5. Defendant requests that a briefing order be issued.

6. Defendant has prepared alternative briefing orders.

7. One order directs an opening brief from Defendant, a responsive brief from the Government, and a reply brief from Defendant.

8. The alternative order directs a responsive brief from the Government, followed by a reply brief from Defendant.

2

WHEREFORE, it is respectfully requested that Defendant's Motion for Briefing Schedule be GRANTED.

Respectfully submitted,

 /s/  Eleni Kousoulis
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
ecf_de@msn.com

Attorney for Defendant Thomas S. Pendleton

Date:   June 9, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Criminal Action No. 08-59-GMS |
| v. | : | |
| | : | |
| THOMAS S. PENDLETON, | : | |
| | : | |
| Defendant. | : | |

ORDER OF COURT

     AND NOW this _____ day of June, 2008, upon consideration of Defendant's Motion for Briefing Schedule, it is hereby ordered that the Motion is GRANTED.

     1.    On or before the _____ day of _____, 2008, Defendant shall file a brief in support of his Motions for Bill of Particulars and for Summary of Expert Testimony.

     2.    On or before the _____ day of _____, 2008, the Government shall file a responsive brief.

     3.    On or before the _____day of _____, 2008, Defendant may file a reply brief.

By the Court,

_____
Honorable Gregory M. Sleet
Chief Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Criminal Action No. 08-59-GMS |
| v. : | |
| : | |
| THOMAS S. PENDLETON, : | |
| : | |
| Defendant. : | |

ORDER OF COURT

AND NOW this _____ day of _____, 2008, upon consideration of Defendant's Motion for Briefing Schedule, it is hereby ordered that the Motion is GRANTED.

1. On or before the _____ day of _____, 2008, the Government shall file a brief responding to Defendant's Motions for Bill of Particulars and for Summary of Expert Testimony.

2. On or before the _____ day of _____, 2008, Defendant may file a reply brief.

By the Court,

_____
Honorable Gregory M. Sleet
Chief Judge