# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 08-59-GMS |
| THOMAS PENDLETON, | ) |
| | ) |
| Defendant. | ) |

## BILL OF PARTICULARS

The United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, hereby files the following Bill of Particulars.

Item1:

The Indictment charges the defendant, Thomas S. Pendleton, with one count of failure to register as a sex offender, in violation of 18 U.S.C. § 2250(a). This federal registration requirement is governed by 18 U.S.C. § 2250(a); 42 U.S.C. §§ 16911 & 16913, and it is independent of any particular state law registration requirements. The Government alleges that the defendant unlawfully failed to register as required by federal law in the following jurisdictions: Delaware, Illinois, Maryland, Pennsylvania, and California.

Item 2:

The Government alleges that the defendant's federal duty to register under 18 U.S.C. § 2250(a) was triggered by his conviction on or about September 30, 1992, in the state of New Jersey, and his conviction on or about October 16, 2006, in District Court of Kempten, Germany. This federal registration requirement is independent of any state law registration requirement. *See* 18

U.S.C. § 2250(a); 42 U.S.C. §§ 16911 & 16913.

The defendant requests that the Government identify the conviction(s) which trigger the defendant's duty to register for each state listed in Item 1. The Government does not consider state registration requirements to be relevant to the charged federal offense. At all events, the following are the state statutes which appear to govern the sex offender registration requirements for the states listed in Item 1:

- Delaware:    Del. Code Ann. tit. 11, § 4120-21 (2007)
- Pennsylvania:    42 Pa. Code § 9791, et seq. (2005)
- Maryland:    Md. Code Ann., Crim. Proc. § 11-701, et seq. (2001) (effective through June 1, 2008)
- Illinois:    730 Ill. Comp. Stat. 150/1, et seq. (West 1996)
- California:    Cal. Penal Code § 290 (West 2007)

Item 3:

The defendant's request in Item 3 implies that the episodes of travel are what "trigger" an obligation to register and/or update registration under 18 U.S.C. § 2250(a). An episode of travel, however, does not "trigger" the defendant's obligation to register as a matter of federal law. At all events, the Government alleges that the defendant traveled in interstate and foreign commerce on the following occasions:

- On or about January 21, 2008: the defendant entered the United States in the state of New York, having been deported from the Federal Republic of Germany.
- On or about January 25, 2008, the defendant traveled from New York to Pennsylvania.

- On or about February 1, 2008, the defendant traveled from Pennsylvania to Delaware.

- On or about February 4, 2008, the defendant traveled from Delaware to Washington D.C.

- On or about February 9, 2008, the defendant traveled from Washington D.C. to Illinois.

- On or about February 13, 2008, the defendant traveled from Illinois to California.

- On or about February 26, 2008, the defendant traveled from California to Illinois.

- On or about March 2, 2008, the defendant traveled from Illinois to Washington D.C.

- On or about March 7, 2008, the defendant traveled from Washington D.C. to Pennsylvania.

- On or about March 10, 2008, the defendant traveled from Pennsylvania to Delaware.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Dated: July 31, 2008