IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Criminal Action No. 08-59-GMS |
| v. : | |
| : | |
| THOMAS S. PENDLETON, : | |
| : | |
| Defendant. : | |

<u>ORDER OF COURT</u>

AND NOW, this 7th day of August, 2008, upon consideration of defendant's motion for summary of expert testimony, it is hereby ordered that the motion is DENIED.

BY THE COURT,

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED
AUG 1 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE