IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-59-GMS |
| THOMAS S. PENDLETON, | : | |
| Defendant. | : | |

## ORDER OF COURT

AND NOW, this ___7th___ day of July, 2008, upon consideration of Defendant's Motion for Bill of Particulars, it is hereby ordered that the motion is GRANTED. On or before July 31, 2008, the government shall file a bill of particulars providing the following information:

1. For the period from on or about January 28, 2008, to on or about March 10, 2008, identify the states in which it is alleged that defendant unlawfully failed to register as a sex offender and/or failed to update registration as a sex offender.

2. For each state identified in answer to Item 1, identify the prior conviction or convictions which are alleged to trigger defendant's duty to register and/or update registration.

3. For each state identified in answer to Item 1, identify the episodes of foreign or interstate travel – by date, state of departure and state of arrival – which are alleged to trigger defendant's duty to register and/or update registration.

BY THE COURT,

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED
AUG 1 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE