IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | Criminal Action No. 08-59-GMS |
| v. : | |
| THOMAS S. PENDLETON, : | |
| Defendant. : | |

ORDER OF COURT

AND NOW, this 7th day of August, 2008, it is hereby ordered that defendant's pre-trial motions, with supporting briefs, shall be filed on or before Monday, August, 18, 2008. The government's responsive briefs shall be filed on or before Tuesday, September 2, 2008. Defendant may file a reply brief on or before Tuesday, September 9, 2008.

BY THE COURT,

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED

AUG 1 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE